STATE OF MAINE
KENNEBEC, SS.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-19-57

JAMIE MAILLARD,
    Plaintiff-Appellee

V.

**DECISION ON APPEAL**

TIMOTHY and GAIL
BROWN,
    Defendants-Appellants

This is an appeal pursuant to 14 M.R.S. § 6008 from a judgment in a forcible entry and detainer action entered in favor of the Plaintiff (Landlord) on November 25, 2019 (Nale, J.). The appeal is on questions of law only.

The court has listened to the recording of the hearing held on November 25, 2019, which includes the testimony of Jamie Maillard, Gwyneth Elvin, Hillary Goodliff and Gail Brown. The court has also examined Plaintiff's Exhibits 1-12 and Defendants' Exhibit 1. The District Court found: (a) that the presumption of retaliation pursuant to 14 M.R.S. § 6021-A(4)(D) applied to the single-family house located at 41 Bolton Hill Road in Augusta, and; (b) that the Plaintiff had rebutted that presumption by satisfactorily showing that he was attempting to sell the home well before the Defendants (Tenants) complained about the infestation of bedbugs. This court concludes that the District Court's (Nale, J.) findings were rationally supported by the evidence presented at trial.

The entry is:

The appeal of Defendants-Appellants is DENIED and the judgment of the District Court is affirmed.

The Clerk is directed to incorporate this order in the docket of this case by reference in accordance with M.R.Civ.P. 79(a).

Dated:  March 9, 2020

William R. Stokes
Justice, Superior Court